OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
3/13/2015 PRIVATE USE

HARPER, DARRELL   Tr. Ct. No. D-1-DC-11-904087-SS

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DARRELL HARPER
TDC # 1957729
21 F.M. 247
Huntsville, TX 77320